UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00021-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIGUEL EDUARDO SILVA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized Property (#74). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 30 days, the government shall file its Response to defendant's Motion for Return of Seized Property (#74).

Signed: November 24, 2015

Max O. Cogburn Jr.
United States District Judge