UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00021-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIGUEL EDUARDO SILVA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized Property. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#76) is **GRANTED**, and the subject BMW automobile shall be returned to a person designated by defendant in writing to receive such property, conditioned upon defendant or his designee first providing to the Department of Homeland Security sufficient proof of defendant's ownership and signing any property release form such agency may require.

Signed: December 11, 2015

Max O. Cogburn Jr.
United States District Judge