UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00021-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **MIGUEL EDUARDO SILVA,** | ) |
| | ) |
| Defendant(s). | ) |

**THIS MATTER** is before the court on defendant's Letter (#78) seeking to amend his Motion for Return of Seized Property to include his cellphone. Earlier, defendant's Motion for Return of Seized Property (to wit, a shot-up BMW) was amicably resolved. Rather than reopen and amend that motion, the court will deem the Letter to be a Second Motion for Return of Seized Property and require a response.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Letter (#78) is DEEMED to be a Second Motion for Return of Seized Property and the government shall file its Response within 14 days of the entry of this Order.

Signed: December 21, 2015



Max O. Cogburn Jr
United States District Judge