UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00021-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MIGUEL EDUARDO SILVA, | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Second Motion for Return of Seized Property. Having considered defendant's motion and reviewed the pleadings, including the government's prompt response, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#78) is GRANTED, and the Cell Phone shall be returned to defendant or his designee in the manner described in the Response and in a manner similar to that provided in the court's first Order concerning return of seized property.

Signed: December 21, 2015

*[Signature]*
Max O. Cogburn Jr.
United States District Judge