UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00021-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIGUEL EDUARDO SILVA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter, which the court deems to be a further Motion for Return of Seized Property. In this letter, defendant reports that the custodians of the property ordered to be returned by the court refused to turn the property over to his designee. Review of the court's docket reveals that this court has already entered **four** Orders (#s 75, 77, 80 & 81) on this subject.

The court is at a loss to understand why it remains involved in this process as it has already directed the government to facilitate the return of defendant's property. Assuming defendant's allegations to be true at this point, the government will be required to Respond to defendant's latest motion and therein show the court that the custodian has either turned over the property to defendant's designee or the reasons why the custodian of the defendant's property has not turned the property over as previously ordered.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's letter, which the court deems to be a further Motion for Return of Seized Property, shall be Responded to by the government not later than March 11, 2016.

Signed: March 2, 2016

Max O. Cogburn Jr
United States District Judge