UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00021-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIGUEL EDUARDO SILVA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter, which the court deems to be a further Motion for Return of Seized Property.  In its Response, the government states that CMPD returned the car to defendant's designee on March 8, 2016.  The motion is now moot

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter, which the court deems to be a further Motion for Return of Seized Property, is now MOOT.

Signed: March 9, 2016

Max O. Cogburn Jr.
United States District Judge